JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIMETREE ESTATES LLC and RPV EQUITIES LLC., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF RANCHO PALOS VERDES, et al, <br><br> Defendants. | Case No. CV 23-1420 PVC <br><br> **JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order, IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 11, 2025

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE